An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA BROWN WERNICK A/K/A
LINDA WARNICK,
Appellant,
vs.
ROBERT BROWN AND GARY
STEWART, TRUSTEES OF THE
HARRY BROWN FAMILY TRUST;
BARBARA BROWN, INDIVIDUALLY;
ROBERT BROWN, INDIVIDUALLY;
AND SHANA BROWN,
INDIVIDUALLY,
Respondents.

No. 60124



FILED

SEP 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was placed in the civil proper person pilot program on July 3, 2013, upon the withdrawal of appellant's counsel. At that time, appellant was mailed a civil proper person appeal statement form and other documents, as part of the pilot program. The July 3 order directed appellant to file her appeal statement within 40 days of the date of the order. This court further explained that the failure to file the appeal statement by that date would result in the dismissal of this appeal. Appellant's appeal statement was due on August 12, 2013. To date, appellant has not filed an appeal statement or otherwise responded to this court's directive. Accordingly, we dismiss this appeal.

It is so ORDERED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

13-28278

cc: Hon. Elizabeth Goff Gonzalez, District Judge
E. Paul Richitt, Jr., Settlement Judge
Linda Brown Wernick
Freeland McKinley & McKinley/Las Vegas
Eighth District Court Clerk